## DECLARATION OF ANDREW RENNER

I, Andrew Renner, declare as follows:

1. I am currently employed as a Vice President in Workforce Analytics at JPMorgan Chase Bank, N.A. ("Chase").

2. I am familiar with the facts and circumstances set forth in this declaration, and I make the representations herein based upon my personal knowledge and/or based upon documents created and kept in the normal course of business by Chase.

3. In my position, I have access to certain data regarding Chase employees.

4. According to Chase's records, Chase has employed at least 1,050 hourly paid, non-exempt employees at Chase branch locations in New York State since February 27, 2015.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the foregoing is true and correct.

Executed in ___DELAWARE___ on February 27, 2020.

_____
ANDREW RENNER

DB1/ 111864894

1